# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 25, 2022

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 22-10486-J
Case Style: Vinodh Raghubir v. Bonnie Parrish, et al
District Court Docket No: 6:20-cv-01883-GKS-GJK

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J
Phone #: (404) 335-6183

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-10486-J

_____

VINODH RAGHUBIR,

                                                                                 Plaintiff - Appellant,

ALL U.S. CITIZENS WITHIN 11TH CIRCUIT BOUNDARIES,

                                                                                 Plaintiff,

versus

BONNIE JEAN PARRISH,
Florida Attorney General's Office,
ORANGE COUNTY CLERK,
5TH DCA,
WENDY BERGER,
USDC Orlando,
G. KENDALL SHARP,
USDC Orlando, et al.,

                                                                           Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Vinodh Raghubir failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements. See 11th Cir. Rules 26.1-1 through 26.1-4.

Effective April 25, 2022.

                                                                 DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION